# Enclosure D01

FW: SFC FORBES, MICHAEL ETS ORDERS

From: Forbes, Michael J SFC USARMY USSOCOM USASOC (USA) (michael.j.forbes.mil@socom.mil)

To: paxmas2007@yahoo.com

Date: Monday, November 4, 2024 at 12:14 PM EST

---

**From:** Meisenbach, Ashley M CIV USARMY USAG (USA) <ashley.m.meisenbach.civ@army.mil>
**Sent:** Thursday, October 31, 2024 3:47 PM
**To:** Carter, Bryan T SFC USARMY USSOCOM USASOC (USA) <bryan.t.carter.mil@socom.mil>; JADEN.STEIN.MIL@SOCOM.MIL
**Cc:** Forbes, Michael J SFC USARMY USSOCOM USASOC (USA) <michael.j.forbes.mil@socom.mil>
**Subject:** SFC FORBES, MICHAEL ETS ORDERS

Good Day,

## *** ALL CLEARING MUST BE DONE IN UNIFORM PER AR 670-1, PAR 1-10. PHYSICAL TRAINING GARMENTS ARE *NOT* DUTY UNIFORMS REGARDLESS OF WHAT YOU'RE IN THEM FOR. ***

*Attached you will find a copy of:*
*1) Your ETS orders as a PDF file*
*2) DD-214 worksheet as a PDF file*
*3) DD-214 Review sheet as a PDF file*
*4) DD-214 appointment slip as a PDF file*
*5) DD-214 Review acknowledgement memo as a PDF file*
*6) Out-processing appointment scheduling memo as a PDF file*
*7) Memo from finance for number of leave days sold (Bring to DD214 review)*

OUTPROCESSING: EMAIL THE ATTACHED APPOINTMENT REQUEST ALONG WITH YOUR SEPARATION ORDERS AND IPPS-A ABSENCE (NOT DA-31) REQUEST TO usarmy.liberty.usag.mbx.dhr-smd@army.mil TO SCHEDULE YOUR INSTALLATION CLEARING PAPERS BRIEF.

For your orders, ***please read this document carefully!*** They tell you most everything you need to know for separation processing. You should print about 12 copies to start the clearing process.

When you come to the DD-214 signature appointment, ensure that you read the slip and bring any documents needed to make updates or changes to your DD-214 worksheet if applicable. You should bring the following to your DD-214 signature appointment:

*1. DD-214 worksheet*
*2. DD-214 signature appointment slip*

### 3. DD-214 review acknowledgement memo completed and signed by Soldier

The last three places you will clear are:

**1) Finance – on the 1th floor.** You will need to clear finance either on your ETS date if you are not taking terminal leave; or, the day before your terminal leave starts if you are taking it. Finance is open for that purpose Monday – Friday 1300 to 1600.

**2) Go to the Pre-Clearing Station-** located on the 1st floor across from the ID card section. They will review your clearing papers and ensure you have cleared everything, then they will give you the red pre-clear stamp on the front your clearing papers.

**3) Your Final-Out stamp and pick-up DD-214.** *You will have to be completely cleared from your Unit and Installation to pick-up your DD-214.* You will receive the IMA stamp (old dragon stamp) and you will sign your DD-214 at that time if you have not already done so. Then, you will receive your DD-214. After you finish, if you are taking leave, you will check out on leave with your unit; otherwise, you are finished.

*You will need the following documents when you go to Pre-Clearing Station and Finance. Please make sure that you have these documents with you.* ***Additional copies will not be able to be made.***

1. Leave form (signed and approved, if taking leave)
2. Perstempo
3. Orders
4. DD-214 worksheet

**IF YOU ARE PARTICIPATING IN THE CSP PROGRAM, YOU CAN NOT COMBINE PTDY WITH SEP LEAVE OR PASSES. YOU MUST RETURN TO FORT LIBERTY TO OUT PROCESS TYPICALLY 14 DAYS PRIOR TO LEAVE OR SEP DATE.**

*If you intend on or have already signed a Reserve/Guard contract, please send me your DA5691 from your contract immediately so that your orders can be updated. Please DO NOT use your original orders until you have received your updated orders.*

Should you have any questions, please contact me.

Thank you!


V/R
Ashley M. Meisenbach
Human Resource Assistant
ashley.m.meisenbach.civ@army.mil
Fort Liberty, NC 28310
How is my customer service…..Say It On ICE:
https://ice.disa.mil/index.cfm?fa=card&sp=92299

- smime.p7s  
  5.3kB
- FORT LIBERTY DD-214 REVIEW.pdf  
  447.4kB
- DD-214 REVIEW ACKNOWLEDGMENT MEMO.pdf  
  959.7kB
- OP Appt request.pdf  
  1.3MB
- FINANCE MEMO FOR DAYS LEAVE SOLD.pdf  
  567.5kB
- FORBES- WORKSHEET.pdf  
  893.6kB
- FORBES- DD214 REVIEW APPT.pdf  
  1.3MB
- FORBES- ORDERS.pdf  
  663.7kB