# Enclosure D02

```
                        DEPARTMENT OF THE ARMY
                  US ARMY INSTALLATION MANAGEMENT COMMAND
               HEADQUARTERS, UNITED STATES ARMY GARRISON, FT LIBERTY
                           2175 ROCK MERRITT AVENUE
                       FORT LIBERTY NORTH CAROLINA 28310-5000
```

ORDERS 305-0280                                          31 October 2024

FORBES, MICHAEL JEFFREY 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 SFC 0528 CS HHC HHC SUSTAIN BDE, (WJTDAA),
FORT LIBERTY, NC 28310

You are reassigned to the U.S. Army transition point shown for transition
processing. After processing, you are discharged from the Component shown. If
you are delayed in reporting to the transition point, you still must report to
the transition point as soon as possible or as authorized to receive a new
effective date of discharge.

Assigned to:  FORT LIBERTY TC (W0U3NT) FORT LIBERTY NC 28310-5000
Reporting date:  30 October 2024
Comp:  REGULAR
Date of discharge unless changed or rescinded:  30 November 2024

Additional instructions:
a.  Soldier is entitled to one-half separation pay IAW 10 USC 1174. b.
"Information regarding Out-Processing may be obtained from
https://home.army.mil/bragg/index.php/my-fort-liberty/all-services/out-processin
g-section"  c.  IAW Public Law 101-510, Section 1144 you must attend a mandatory
Preseparation Briefing and complete the DD Form 2648, 120 - 180 days prior to
separation with Soldier for Life.  d.  Storage of household goods, at
government expense, is authorized up to 06 months after separation.
e.  DEPNS: YES(01). f.  UPON RECEIPT OF ORDERS  REPORT TO THE TRANSITION CENTER,
BLDG 4-2843, 2D FLOOR, WING B, BETWEEN THE HOURS OF 0900 - 1100, MONDAY THRU
FRIDAY TO SCHEDULE AN APPOINTMENT FOR THE COMPLETION OF YOUR DD FORM 214.  g.
You must attend a Transportation Briefing given by the Personal Property
Shipping Office. Please call 910-396-5212 and 910-396-2163. h. No pay
authorized. Member eligible for involuntary separation pay; however, member
chose not to comply with 10 USC 1174(e)(1)(A).

FOR ARMY USE
Auth: AR 635-200
HOR:  ERIE PA US
Place EAD or OAD:  PITTSBURGH PA US
MDC:  7BE5

FOR ADDITIONAL INFORMATION CONTACT:
ASHLEY M. MEISENBACH   ashley.m.meisenbach.civ@army.mil   910-907-0882
SDN:  FOR7907PA50280
Format:  501

ORDERS 305-0280    US ARMY INSTALLATION MANAGEMENT COMMAND    31 October 2024

FOR THE COMMANDER:

```
*******************************************
OFFICIAL
FORT LIBERTY, NC
*******************************************
LEONARD (LEON) WYATT
CHIEF, MILITARY PERSONNEL DIVISION
```

DISTRIBUTION:
SFC FORBES (1)
Cdr 0528 CS HHC    HHC SUSTAIN BDE, (WJTDAA) (1)
CDR, 126TH FINANCE (1)