# Enclosure D03

# CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

This Report Contains Information Subject to the Privacy Act of 1974, As Amended.

**1. NAME** (Last, First, Middle): FORBES, MICHAEL JEFFREY
**2. DEPARTMENT, COMPONENT AND BRANCH**: ARMY/RA
**3. SOCIAL SECURITY NUMBER**: 188 | 54 | 7907

**4a. GRADE, RATE OR RANK**: SFC
**b. PAY GRADE**: E07
**5. DATE OF BIRTH** (YYYYMMDD): 19680412
**6. RESERVE OBLIGATION TERMINATION DATE** (YYYYMMDD): 00000000

**7a. PLACE OF ENTRY INTO ACTIVE DUTY**: PITTSBURGH, PENNSYLVANIA
**b. HOME OF RECORD AT TIME OF ENTRY**: 807 OAKMONT AVENUE, ERIE PENNSYLVANIA 16505

**8a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND**: 0528 CS HHC  HHC SUSTAIN BDE SP
**b. STATION WHERE SEPARATED**: FORT LIBERTY TC, NC 28310-5000

**9. COMMAND TO WHICH TRANSFERRED**: VFOR7907PA50280
**10. SGLI COVERAGE**: NONE ☐   AMOUNT: $ 500,000.00

**11. PRIMARY SPECIALTY**: 35F4S INTELLIGENCE ANALYST - 13 YRS 4 MOS//NOTHING FOLLOWS

**12. RECORD OF SERVICE**

| | YEAR(S) | MONTH(S) | DAY(S) |
|---|---|---|---|
| a. DATE ENTERED AD THIS PERIOD | 2007 | 02 | 12 |
| b. SEPARATION DATE THIS PERIOD | 2024 | 11 | 30 |
| c. NET ACTIVE SERVICE THIS PERIOD | 0017 | 09 | 19 |
| d. TOTAL PRIOR ACTIVE SERVICE | 0000 | 00 | 00 |
| e. TOTAL PRIOR INACTIVE SERVICE | 0000 | 00 | 00 |
| f. FOREIGN SERVICE | 0006 | 07 | 13 |
| g. SEA SERVICE | 0000 | 00 | 00 |
| h. INITIAL ENTRY TRAINING | 0000 | 00 | 00 |
| i. EFFECTIVE DATE OF PAY GRADE | 2020 | 04 | 01 |

**13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED** (All periods of service):
ARMY COMMENDATION MEDAL (7TH AWARD)//JOINT SERVICE ACHIEVEMENT MEDAL//ARMY ACHIEVEMENT MEDAL (3RD AWARD)//JOINT MERITORIOUS UNIT AWARD (2ND AWARD)//ARMY GOOD CONDUCT MEDAL (5TH AWARD)//NATIONAL DEFENSE SERVICE MEDAL //AFGHANISTAN CAMPAIGN MEDAL W/2 CAMPAIGN STARS (3RD AWARD)//GLOBAL//CONT IN BLOCK 18

**14. MILITARY EDUCATION**: ADV LDR CRS (ALC), 7 WEEKS, 2013//ANTI-TERR OFF (BASIC), 1 WEEK, 2016//BASIC LEADER CRS (BLC), 2 WEEKS, 2008//COMBAT LIFE SAVERS CRS, 2 WEEKS, 2014//FIELD SAN TEAM - INDIV, 1 WEEK, 2016//INTELLIGENCE ANALYST, 17 WEEKS, 2007//MIL DECEPT PLN CRS, 1 WEEK, 2017//SENIOR LEADER CRS//CONT IN BLOCK 18

**15a. COMMISSIONED THROUGH SERVICE ACADEMY**: NO X
**b. COMMISSIONED THROUGH ROTC SCHOLARSHIP** (10 USC Sec. 2107b): NO X
**c. ENLISTED UNDER LOAN REPAYMENT PROGRAM** (10 USC Chap. 109) (If Yes, years of commitment: NA): NO X

**16. DAYS ACCRUED LEAVE PAID**: 0
**17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION**: NO X

**18. REMARKS**: ////////////////////////////////////////////////////////////////////////////////////////////
IMMEDIATE REENLISTMENTS THIS PERIOD -- 20081208-20131016, 20131017-20151202, 20151203-20200115, 20200116-20241130//BLOCK 6, PERIOD OF DELAYED ENTRY PROGRAM: 20061031-20070211//SERVED IN A DESIGNATED IMMINENT DANGER PAY AREA//SERVICE IN AFGHANISTAN 20141023-20150306//SERVICE IN AFGHANISTAN 20110306-20120111//SERVICE IN AFGHANISTAN 20100412-20100823//SERVICE IN AFGHANISTAN 20090115-20090713//SERVICE IN AFGHANISTAN 20071130-20080512//SEPARATION PAY -- $0.00//MEMBER HAS COMPLETED FIRST FULL TERM OF SERVICE//MEMBER IS ENTITLED TO HALF SEPARATION//SEE ATTACHED CONTINUATION SHEET

The information contained herein is subject to computer matching within the Department of Defense or with any other affected Federal or non-Federal agency for verification purposes and to determine eligibility for, and/or continued compliance with, the requirements of a Federal benefit program.

**19a. MAILING ADDRESS AFTER SEPARATION**: 614 NORTH HAMPTON RD, FAYETTEVILLE NORTH CAROLINA 28303
**b. NEAREST RELATIVE**: SABRINA FORBES, 614 NORTH HAMPTON RD, FAYETTEVILLE NORTH CAROLINA 28303

**20. MEMBER REQUESTS COPY 6 BE SENT TO** (Specify state/locality): NC   OFFICE OF VETERANS AFFAIRS X YES
**a. MEMBER REQUESTS COPY 3 BE SENT TO THE CENTRAL OFFICE OF THE DEPARTMENT OF VETERANS AFFAIRS (WASHINGTON, DC)**: X YES

**21.a. MEMBER SIGNATURE**: WORKSHEET
**b. DATE** (YYYYMMDD):
**22.a. OFFICIAL AUTHORIZED TO SIGN**: WORKSHEET
**b. DATE** (YYYYMMDD):

## SPECIAL ADDITIONAL INFORMATION

**23. TYPE OF SEPARATION**: DISCHARGE
**24. CHARACTER OF SERVICE**: HONORABLE
**25. SEPARATION AUTHORITY**: AR 635-200
**26. SEPARATION CODE**: JGH
**27. REENTRY CODE**: 3
**28. NARRATIVE REASON FOR SEPARATION**: NON-RETENTION ON ACTIVE DUTY
**29. DATES OF TIME LOST DURING THIS PERIOD** (YYYYMMDD): NONE
**30. MEMBER REQUESTS COPY 4** (Initials): MJF

**DD FORM 214WS, AUG 2009** PREVIOUS EDITION IS OBSOLETE.
GENERATED BY TRANSPROC

DD FORM 214 WORKSHEET CONTINUATION PAGE

NAME: FORBES, MICHAEL JEFFREY
SSN: 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

CONT FROM BLOCK 18: PAY//NO PAY AUTHORIZED. MEMBER ELIGIBLE FOR INVOLUNTARY SEPARATION PAY; HOWEVER, MEMBER CHOSE NOT TO COMPLY WITH 10 USC 1174(E)(1)(A).//CONT FROM BLOCK 13: WAR ON TERRORISM SERVICE MEDAL//NON COMMISSIONED OFFICER PROFESSIONAL DEVELOPMENT RIBBON (3RD AWARD)//ARMY SERVICE RIBBON//OVERSEAS SERVICE RIBBON (2ND AWARD)//MILITARY OUTSTANDING VOLUNTEER SERVICE MEDAL//NATO MEDAL//PARACHUTIST BADGE//CONT FROM BLOCK 14: (SLC), 6 WEEKS, 2020//USAF AIRLIFT PLANNER, 1 WEEK, 2017//NOTHING FOLLOWS

WORKSHEET                    WORKSHEET                    WORKSHEET

