# Enclosure D04

# FW: SFC Forbes ETS packet

From: Forbes, Michael J SFC USARMY USSOCOM USASOC (USA) (michael.j.forbes.mil@socom.mil)

To: paxmas2007@yahoo.com

Date: Monday, November 4, 2024 at 12:40 PM EST

---

**From:** Forbes, Michael J SFC USARMY USSOCOM USASOC (USA)
**Sent:** Thursday, October 31, 2024 9:13 AM
**To:** paxmas2007@yahoo.com; jmb@jmb.bike
**Subject:** FW: SFC Forbes ETS packet

---

**From:** Meisenbach, Ashley M CIV USARMY USAG (USA) <ashley.m.meisenbach.civ@army.mil>
**Sent:** Wednesday, October 30, 2024 1:02 PM
**To:** Forbes, Michael J SFC USARMY USSOCOM USASOC (USA) <michael.j.forbes.mil@socom.mil>
**Cc:** Carter, Bryan T SFC USARMY USSOCOM USASOC (USA) <bryan.t.carter.mil@socom.mil>; Stein, Jaden J SGT USARMY USSOCOM USASOC (USA) <Jaden.Stein@socom.mil>
**Subject:** SFC Forbes ETS packet

Good afternoon,

I am currently processing SFC Forbes' ETS packet. SFC Forbes is being processed as a QMP, therefore he is eligible for ½ separation pay. It is optional, although if taking the separation pay, he will need to provide me with a DA form 7783 (which he will get from the Reserve Component on the 5th floor of the Soldier Support Center.) If you have any further questions, please do not hesitate to ask.

V/R
Ashley M. Meisenbach
Human Resource Assistant
Military Personnel Division
Directorate of Human Resources
Fort Liberty, NC 28310
How is my customer service.....Say It On ICE:
https://ice.disa.mil/index.cfm?fa=card&sp=92299

📄 smime.p7s
5.3kB