UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| MICHAEL J. FORBES, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE UNITED STATES ARMY and CHRISTINE ) <br> WORMUTH, *Secretary of the Army*, ) <br> ) <br> Defendant. ) <br> ) | **JUDGMENT** <br><br> 5:24-CV-176-BO-RJ |

**Decision by Court.**
This matter is before the Court on Plaintiff Forbes's motion for emergency injunctive relief [DE 3], motion to be exempt from the Rules of Civil Procedure [DE 18], motion for partial summary judgment [DE 16], motion to compel urgent abeyance [DE 25], and motion for leave to file a surreply [DE 27]. Defendant has filed a motion to dismiss for lack of jurisdiction and for failure to state a claim [DE 13].

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff's motion for emergency injunctive relief [DE 3] and motion to compel urgent abeyance [DE 25] are DENIED. Plaintiff's motions to file a surreply [DE 27] and to be exempt from the Rules of Civil Procedure [DE 18] are DENIED AS MOOT. Plaintiff's motion for summary judgment [DE 16] is likewise DENIED AS MOOT. Defendants' motion to dismiss [DE 13] is GRANTED.

This case is closed.

**This judgment filed and entered on November 18, 2024, and served on:**
Michael J. Forbes (via US CM/ECF NEF)
Rudy Renfer (via CM/ECF NEF)

November 18, 2024

                                        PETER A. MOORE, JR., CLERK

                                        /s/ Lindsay Stouch
                                        By: Deputy Clerk